Argued October 21, affirmed November 4, 1953

# WELLS *v.* McQUEEN

262 P. 2d 678

*Glenn R. Jack,* of Oregon City, argued the cause for appellant. With him on the brief was Lida M. O'Bryon, of Portland.

*R. A. Bennett* and *B. G. Skulason,* of Portland, argued the cause and filed a brief for respondent.

Before LATOURETTE, Chief Justice, and WARNER, BRAND and TOOZE, JJ.

PER CURIAM.

Action for alienation of affections. Plaintiff prevailed in the circuit court. Defendant appeals.

Defendant's sole assignment of error is that the evidence was insufficient to present a jury question. The record discloses that there was substantial evidence to support the verdict.

Affirmed.